UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **EARL G. HOPKINS,**  )  )  ) | |
| **v.**  )  ) | **\*\*Civil No. 07-40-P-S** |
| **MICHAEL J. ASTRUE, Commissioner** )  **of Social Security** )  ) | |
| **Defendants** )  ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 12, 2007, his Recommended Decision (Docket No. 13). Plaintiff filed his Objection to the Recommended Decision (Docket No. 14) on October 29, 2007. The Defendant filed its response to Plaintiff's Objection (Docket No. 15) on October 30, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

      2.      It is hereby **ORDERED** that the Decision of the Commissioner is **AFFIRMED**.

                                      /s/George Z. Singal_____
                                      Chief U.S. District Judge

Dated: October 31, 2007